UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

LUZ BAEZ,

            Plaintiff,

    v.

MED-WORLD ACQUISITION CORP.,

            Defendant.

-------------------------------------------------------- x

Civil Action No.: 05-CIV-00204 (GAY)

### STIPULATION DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

NOW COME THE PARTIES HERETO, by and through their respective attorneys of record, and do hereby stipulate and agree that Plaintiff Luz Baez's Complaint against Defendant Med-World Acquisition Corp., SHALL BE DISMISSED WITH FULL PREJUDICE pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and that each party shall bear their own costs associated herewith.

Dated: October 26, 2005

ROBERT DAVID GOODSTEIN, ESQ.
Goodstein & West
56 Harrison Street
Suite 401
New Rochelle, New York, 10801
Telephone: (914) 632-8392
Facsimile: (914) 632-1833

Attorney for Plaintiff Luz Baez

Dated: September ___, 2005

KIMBERLY G. BALDWIN, ESQ.
King Pagano Harrison
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Attorneys for Defendant Med-World Acquisition Corp.

SO ORDERED

14410

U.S.M.J.   11-3-05